# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

PAMELA HAYNES,

    Plaintiff,

vs.

SHELBY COUNTY BOARD OF
EDUCATION, and SUPERINTENDENT
DORSEY E. HOPSON, II,

    Defendants.

Docket No.:
2:17-cv-02305-SHL-cgc

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, counsel for the parties hereby give Notice that the parties have settled the claims at issue.  The parties anticipate it will take no more than thirty (30) days to finalize settlement paperwork and file a stipulation of dismissal with the Court.

This the 18th day of May, 2018.

    Respectfully submitted,

    KAY GRIFFIN, PLLC

    s/ Nina Eiler
    Richard L. Colbert (TN Bar No. 9397)
    Nina Eiler (TN Bar No. 33457)
    222 Second Avenue North, Suite 340-M
    Nashville, Tennessee 37201
    Telephone:    615.742.4800
    Fax:    615.742.4801
    rcolbert@kaygriffin.com
    neiler@kaygriffin.com

*Attorneys for Plaintiff Pamela Haynes*

                                      BAKER, DONELSON, BEARMAN,
                                      CALDWELL & BERKOWITZ, PC

                                      s/ Mary Tullis
                                      Lori H. Patterson (TN Bar No. 19848)
                                      Mary Wu Tullis (TN Bar No. 31339)
                                      165 Madison Avenue, Suite 2000
                                      Memphis, TN 38103
                                      Telephone:    901.526.2000
                                      Fax:            901.577.2303
                                      lpatterson@bakerdonelson.com
                                      mtullis@bakerdonelson.com

                                      *Attorneys for Defendants Shelby County Schools and Superintendent Dorsey E. Hopson, II*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, a true and exact copy of the foregoing electronically filed document was served upon the following counsel of record via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that the Notice was electronically mailed to said party:

| | |
|---|---|
| Richard L. Colbert<br>Nina Eiler<br>KAY, GRIFFIN, PLLC<br>222 Second Avenue North,<br>Suite 340-M<br>Nashville, Tennessee 37201 | Lori H. Patterson<br>Mary Wu Tullis<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 |

                                      /s Mary Tullis